SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

---

ARNOLD PRITT and RUTH ANN PRITT

        Plaintiff(s),

   -against-

AERCO INTERNATIONAL, INC., ET AL.

        Defendant(s).

---

Index No. 190259/2019

𝔖ummons

Date Index No. Purchased: 10/10/2019

To the above named Defendant(s)

**CBS CORPORATION**
**ECKERT SEAMANS CHERIN & MELLOTT, LLC- USX Towers**
**600 Grant Street, Pittsburgh, PA 15219**

 You are hereby summoned to answer the complaint in this action and to serve a copy of your answer, or, if the complaint is not served with this summons, to serve a notice of appearance, on the Plaintiff's attorney within 20 days after the service of this summons, exclusive of the day of service (or within 30 days after the service is complete if this summons is not personally delivered to you within the State of New York); and in case of your failure to appear or answer, judgment will be taken against you by default for the relief demanded in the complaint.

 The basis of venue is   proper
which is   based on Plaintiff's work history

Dated: 10/15/2019

        Meirowitz & Wasserberg, LLP

       by /s/ Daniel Wasserberg
        Daniel Wasserberg
       Attorneys for Plaintiff
        535 5th Ave., 23rd Fl.
        New York, NY 10017

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
-----------------------------------------------------------------------X
ARNOLD PRITT and RUTH ANN PRITT,

                                            Plaintiffs,

                               -against-

AIR & LIQUID SYSTEMS CORPORATION,
   as successor-by-merger to BUFFALO PUMPS, INC.,
CBS CORPORATION, f/k/a VIACOM INC.,
   successor by merger to CBS CORPORATION, f/k/a
   WESTINGHOUSE ELECTRIC CORPORATION,
CRANE CO.,
FOSTER WHEELER, L.L.C.,
GENERAL ELECTRIC COMPANY,

                                          Defendants.
-----------------------------------------------------------------------X

Index No.:

Date Filed: 10/10/2019

Plaintiff Designates
**NEW YORK**
County as the Place of Trial

The Basis of Venue is Plaintiffs' Place of Exposure

**SUMMONS**

       **You are hereby summoned** to answer the **verified** complaint in this action and to serve a copy of your answer, or, if the complaint is not served with this summons, to serve a notice of appearance, on the Plaintiff's Attorney(s) within 20 days after the service of this summons, exclusive of the day of service (or within 30 days after the service is complete if this summons is not personally delivered to you within the State of New York); and in case of your failure to appear or answer, judgment will be taken against you by default for the relief demanded in the complaint.

Dated,     October 10, 2019
              New York, New York

Defendant's address:

Defendant's address:

**SEE ATTACHED DEFENDANTS RIDER**

MEIROWITZ & WASSERBERG, LLP

/S/ **Daniel Wasserberg**
Daniel Wasserberg, Esq.
Attorney for Plaintiff
Post Office Address:
535 Fifth Ave, 23rd Floor
New York, New York 10017
(212) 897-1988

## DEFENDANTS' RIDER

**AIR & LIQUID SYSTEMS CORPORATION,**
**as successor-by-merger to BUFFALO PUMPS**
874 Oliver St.
N. Tonawanda, NY 14120

**CBS CORPORATION, f/k/a VIACOM INC., successor by merger to CBS CORPORATION, f/k/a WESTINGHOUSE ELECTRIC CORPORATION**
Asbestos Litigation Support Manager
ECKERT SEAMANS CHERIN & MELLOTT, LLC
USX Towers
600 Grant Street
Pittsburgh, PA 15219

**CRANE CO.**
100 First Stamford Place
Stamford, CT 06902

**FOSTER WHEELER, L.L.C.**
Route 173 at Frontage Road
Clinton, NJ 08809

**GENERAL ELECTRIC COMPANY**
Electric Insurance Company
75 Sam Fonzo Drive
Beverly, MA 01915

```
SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
-------------------------------------------------------------------X
ARNOLD PRITT and RUTH ANN PRITT,

                            Plaintiffs,

        -against-

AIR & LIQUID SYSTEMS CORPORATION,
  as successor-by-merger to BUFFALO PUMPS, INC.,
CBS CORPORATION, f/k/a VIACOM INC.,
  successor by merger to CBS CORPORATION, f/k/a
  WESTINGHOUSE ELECTRIC CORPORATION,
CRANE CO.,
FOSTER WHEELER, L.L.C.,
GENERAL ELECTRIC COMPANY,

                            Defendants.
-------------------------------------------------------------------X
```

Index No.:

Date Filed:
October 10, 2019

Plaintiff Designates
**NEW YORK**
County as the Place of Trial

The Basis of Venue is Defendants' Place of Business

**VERIFIED COMPLAINT**

To the above-named Defendant(s)

Plaintiff, ARNOLD PRITT and RUTH ANN PRITT, by their attorneys, MEIROWITZ & WASSERBERG, LLP, for their **verified complaint** respectfully allege:

1. Plaintiff, ARNOLD PRITT was diagnosed with Mesothelioma.

2. Defendant AIR & LIQUID SYSTEMS CORPORATION, as successor-by-merger to BUFFALO PUMPS, INC., was and still is a duly organized corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York.

3. Defendant CBS CORPORATION, f/k/a VIACOM INC., successor by merger to CBS CORPORATION, f/k/a WESTINGHOUSE ELECTRIC CORPORATION was and still is a duly organized domestic corporation doing business in the State of New York.

4. Defendant CRANE CO, was and still is a corporation doing business and/or transacting business in the State of New York and should have expected its acts to have consequences within the State of New York.

5. Defendant FOSTER WHEELER, L.L.C., was and still is a corporation doing business and/or transacting business in the State of New York and should have expected its acts to have consequences within the State of New York.

6. Defendant GENERAL ELECTRIC COMPANY, was and still is a corporation doing business and/or transacting business in the State of New York and should have expected its acts to have consequences within the State of New York.

7. Plaintiff's counsel requested Social Security Records from the Social Security Administration on **October 1, 2019.**

8. Plaintiff's counsel uploaded a Social Security Authorization to RecordTrak on **October 7, 2019.**

Plaintiff, ARNOLD PRITT and RUTH ANN PRITT, repeats and realleges NYCAL - MEIROWITZ & WASSERBERG, LLP's STANDARD ASBESTOS COMPLAINT FOR PERSONAL INJURY No. 1 as if fully incorporated herein as it pertains to the defendants in the aforementioned caption.

Dated: *October 10, 2019*
New York, New York

MEIROWITZ & WASSERBERG, LLP

/S/ *Daniel Wasserberg*
Daniel Wasserberg
Attorney(s) for Plaintiff
Post Office Address:
535 Fifth Ave, 23rd Floor
New York, New York 10017
(212) 897-1988

STATE OF NEW YORK  )
                                  SS:
COUNTY OF NEW YORK )

The undersigned, an attorney admitted to practice in the Courts of New York State, shows:

Deponent is an Attorney of the law firm MEIROWITZ & WASSERBERG, LLP, Counsel for the plaintiff(s) in the within action; deponent has read the foregoing **summons and verified complaint** and knows the contents thereof; the same is true to deponent's own knowledge, except as to the matters therein stated to be alleged on information and belief, and that as to those matters deponent believes it to be true. This verification is made by deponent and not by plaintiff(s) because plaintiff(s) resides outside of the County of New York where plaintiffs' counsel and deponent maintain their office.

Dated: October 10, 2019
       New York, New York

                                         /S/ *Daniel Wasserberg*
                                         _____
                                         DANIEL WASSERBERG

Index No.:

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

ARNOLD PRITT and RUTH ANN PRITT,

Plaintiffs,

-against-

AIR & LIQUID SYSTEMS CORPORATION,
as successor-by-merger to BUFFALO PUMPS, INC., et. al.,

Defendants.

**SUMMONS and COMPLAINT**

**MEIROWITZ & WASSERBERG, LLP**
Attorneys for PLAINTIFFS
535 Fifth Ave, 23rd Floor
New York, NY 10017
212-897-1988

To
Attorney(s) for

Service of a copy of the within
is hereby admitted.
Dated, October 10, 2019

Attorney(s) for **ARNOLD PRITT** and **RUTH ANN PRITT**

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
-------------------------------------------------------------------------X
ARNOLD PRITT and RUTH ANN PRITT,

                                      Plaintiffs,

      -against-

AIR & LIQUID SYSTEMS CORPORATION,
  as successor-by-merger to BUFFALO PUMPS, INC.,
CBS CORPORATION, f/k/a VIACOM INC.,
  successor by merger to CBS CORPORATION, f/k/a
  WESTINGHOUSE ELECTRIC CORPORATION,
CRANE CO.,
FOSTER WHEELER, L.L.C.,
GENERAL ELECTRIC COMPANY,


-------------------------------------------------------------------------X

Index No.:

Date Filed: 10/10/2019

**FULL CAPTION RIDER**