SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
-------------------------------------------------------------------------X
ARNOLD PRITT and RUTH ANN PRITT,

                        Plaintiffs,

            -against-

AERCO INTERNATIONAL, INC.,
ALFA LAVAL, INC.,
ARMSTRONG INTERNATIONAL, INC.,
ATWOOD & MORRILL COMPANY,
AURORA PUMP COMPANY,
BMCE INC.,
   f/k/a UNITED CENTRIFUGAL PUMP,
BORG-WARNER MORSE TEC LLC,
BRIGGS & STRATTON CORP.,
BW/IP INC., AND ITS WHOLLY OWNED SUBSIDIARIES,
  BYRON JACKSON PUMPS,
CARRIER CORPORATION,
DAP, INC.,
EATON CORPORATION, as successor in interest to
   CUTLER-HAMMER, INC.,
ELECTROLUX HOME PRODUCTS, INC.,
  individually, and as successor to Tappan and Copes-Vulcan,
FLOWSERVE US, INC.,
  solely as Successor to Rockwell Manufacturing Company,
  Edward Valve, Inc., Durco Pumps, Durametallic, and Nordstrom
  Valves, Inc.
FMC CORPORATION, individually,
  and as successor to CHICAGO PUMP COMPANY,
  NORTHERN PUMP COMPANY,
  and PEERLESS PUMP COMPANY,
FORT KENT HOLDINGS, INC.,
  f/k/a DUNHAM-BUSH, INC.,
GARDNER DENVER, INC.,
GOOD YEAR CANADA, INC.,
GOODYEAR TIRE & RUBBER COMPANY (THE),
GOULD ELECTRONICS, INC.,
GOULDS PUMPS, INC.,
GRINNELL LLC,
HONEYWELL INTERNATIONAL, INC.,
   f/k/a ALLIED SIGNAL, INC. / BENDIX,
IMO INDUSTRIES, INC.,
INGERSOLL-RAND COMPANY,
ITT CORPORATION, individually,
  and as successor in interest to BELL & GOSSETT, and as
  successor in interest to HOFFMAN SPECIALTY,
JOHN CRANE, INC.,
KOHLER CO.,
LAMONS GASKET COMPANY,
McCORD CORPORATION,

Index No.:

Date Filed: 10/8/2019

Plaintiff Designates
**NEW YORK**
County as the Place of Trial

The Basis of Venue is Plaintiffs' Place of Exposure

**SUMMONS**

MINNESOTA MINING & MANUFACTURING COMPANY,
  a/k/a 3M COMPANY,
MUELLER STEAM SPECIALTY CO., INC.;
NASH ENGINEERING COMPANY (THE),
ROBERTSHAW CONTROLS COMPANY,
  Individually, and as successor to
  FULTON SYLPHON COMPANY,
ROCKWELL AUTOMATION, INC., as successor by
  merger to ALLEN-BRADLEY COMPANY, LLC,
SAINT GOBAIN ABRASIVES, INC., Individually and as
  Successor in Interest to CARBORUNDUM,
SCHNEIDER ELECTRIC USA, INC.,
  formerly known as SQUARE D COMPANY,
SPIRAX SARCO, INC.
  individually and as successor to SARCO COMPANY,
STRAHMAN VALVES, INC.,
TRANE U.S. INC., f/k/a AMERICAN STANDARD INC.,
UNION CARBIDE CORPORATION,
VELAN VALVE CORPORATION,
WARREN PUMPS LLC.,
YORK INTERNATIONAL CORPORATION, as Successor
  in Interest to YORK CORPORATION,

                                                Defendants.
------------------------------------------------------------------------------X

       **You are hereby summoned** to answer the **verified** complaint in this action and to serve a copy of your answer, or, if the complaint is not served with this summons, to serve a notice of appearance, on the Plaintiff's Attorney(s) within 20 days after the service of this summons, exclusive of the day of service (or within 30 days after the service is complete if this summons is not personally delivered to you within the State of New York); and in case of your failure to appear or answer, judgment will be taken against you by default for the relief demanded in the complaint.

Dated,       October 8, 2019
                New York, New York

                                                  MEIROWITZ & WASSERBERG, LLP

Defendant's address:

                                                **/S/ Daniel Wasserberg**_____
                                                Daniel Wasserberg, Esq.
            Defendant's address:                    Attorney for Plaintiff
                                                  Post Office Address:
     **SEE ATTACHED DEFENDANTS RIDER**    535 Fifth Ave, 23rd Floor
                                                  New York, New York 10017
                                                  (212) 897-1988

# DEFENDANTS' RIDER

**AERCO INTERNATIONAL, INC.,**
100 Oritani Drive
Blauvelt, NY 10913

**ALFA LAVAL, INC.,**
C T Corporation System
28 Liberty St.
New York, New York, 10005

**ARMSTRONG INTERNATIONAL, INC.**
900 Maple Street
Three Rivers, MI 49093

**ATWOOD & MORRILL COMPANY**
29 Old Right Road
Ipswich, MA 01938

**AURORA PUMP COMPANY**
13320 Ballantyne Corporate Place
Charlotte, NC 28277

**BMCE INC., f/k/a UNITED CENTRIFUGAL PUMP**
Marshall Dennehy
Anna M. DiLonardo
105 Maxess Rd.
Suite 303
Melville, NY 11747

**BORGWARNER MORSE TEC LLC**
CT Corporation
1209 Orange Street
Wilmington, Delaware 19801

**BRIGGS & STRATTON CORP.**
12301 W Wirth Street
Wauwatosa, WI 53222

**BW/IP, INC. AND ITS WHOLLY OWNED SUBSIDIARIES; BYRON JACKSON PUMPS**
5215 N. O'Conner Boulevard, Suite 2300
Irving, TX 75039

**CARRIER CORPORATION**
C T Corporation System
28 Liberty St.
New York, New York, 10005

**DAP, INC.**
2400 Boston Street, Suite 200
Baltimore, MD 21224

**EATON CORPORATION, as successor in interest to CUTLER HAMMER, INC.**
CT Corporation
28 Liberty Street
New York, NY 10005

**ELECTROLUX HOME PRODUCTS, INC.**
Individually, and as Successor to Tappan and Copes-Vulcan
20445 Emerald Parkway,
Cleveland, OH 44135

**FLOWSERVE US, INC.Solely as Successor to Rockwell Manufacturing Company, Edward Valve, Inc., Durco Pumps. Durametallic, Nordstrom Valves, Inc.,**
CT Corporation
28 Liberty Street
New York, NY 10005

**FMC CORPORATION, individually, and as successor to CHICAGO PUMP COMPANY, NORTHERN PUMP COMPANY, and PEERLESS PUMP COMPANY,**
CT Corporation System
101 Federal Street
Boston, MA 02110

**FORT KENT HOLDINGS, INC., FORMERLY KNOWN AS DUNHAM-BUSH, INC.**
Peter C. Langenus, Esq.
Schnader Harrison Segal & Lewis LLP
140 Broadway, Suite 3100
New York, NY 10005

**GARDNER DENVER, INC.**
1800 Gardner Expressway
Quincy, IL 62301

**GOODYEAR CANADA, INC.**
450 Kipling Ave
Atobicoke, Ontario CANADA M8ZSE1

**GOODYEAR TIRE & RUBBER COMPANY (THE)**
Corporation Service Company
80 State Street
Atlanta, GA 30303

**GOULD ELECTRONICS, INC.,**
CT Corporation
1300 E. 9th Street
Cleveland, OH 44114

**GOULDS PUMPS, INC.**
2881 E. Bayard Street
Seneca Falls, NY 13148

**GRINNELL LLC**
CT Corporation
28 Liberty Street
New York, NY 10005

**HONEYWELL INTERNATIONAL, INC., f/k/a ALLIED SIGNAL, INC. / BENDIX**
115 Tabor Road,
Morris Plains, NJ 07950

**IMO INDUSTRIES, INC.**
The Corporation Trust Company
1209 North Orange Street
Wilmington, DE 19801

**INGERSOLL-RAND COMPANY**
c/o Illinois Corporation Service Co
801 Adlai Stevenson Drive, Springfield, IL 62703

**ITT CORPORATION, Individually, and as successor to BELL & GOSSETT COMPANY, and as successor in interest to HOFFMAN SPECIALTY,**
CT Corporation
28 Liberty Street
New York, NY 10005

**JOHN CRANE, INC.**
CT Corporation
28 Liberty Street
New York, NY 10005

**KOHLER CO.**
HOAGLAND, LONGO, MORAN, DUNST, & DOUKAS, LLP
Marc S. Gaffrey, Esq.
40 Patterson Street
New Brunswick, NJ 08903

**LAMONS GASKET COMPANY**
Corporation Service Company
211 E. 7th Street, Ste 620
Austin, TX 78701

**McCORD CORPORATION**
The Corporation Company
30600 Telegraph
Bingham Farms, MI 4802

**MINNESOTA MINING & MANUFACTURING COMPANY, a/k/a 3M COMPANY,**
Corporation Service Company
801 Adlai Stevenson Drive
Springfield, IL 62703

**MUELLER STEAM SPECIALTY CO., INC.,**
1491 NC Hwy 20 W
St. Pauls, NC 28384

**NASH ENGINEERING COMPANY (THE),**
United States Corporation Company (CT)
50 Weston Street
Hartford, CT 06120-1537

**ROBERTSHAW CONTROLS COMPANY, individually, and as Successor to FULTON SYLPHON COMPANY**
1602 Mustang Dr.
Maryville, TN 37801

**ROCKWELL AUTOMATION, INC., as successor by merger to ALLEN-BRADLEY COMPANY, LLC.**
Secretary of State
99 Washington Ave.
Albany, NY 12231

**SAINT GOBAIN ABRASIVES, INC., Individually and as Successor in Interest to CARBORUNDUM,**
CT Corporation
28 Liberty Street
New York, NY 10005

**SCHNEIDER ELECTRIC USA, INC., f/k/a SQUARE D COMPANY**
1415 South Roselle Road
Palatine, IL 60067-7399

**SPIRAX SARCO, INC**
1150 Northpoint Blvd.
Blythewood, SC 29016

**STRAHMAN VALVES, INC.,**
Lehigh Valley Industrial Park VI
2801 Baglyos Circle
Bethlehem, PA 18020

**TRANE U.S. INC., f/k/a AMERICAN STANDARD INC.**
CT Corporation
208 S. La Salle Street, #814
Chicago, IL 60604

**UNION CARBIDE CORPORATION**
CT Corporation
28 Liberty Street
New York, NY 10005

**VELAN VALVE CORPORATION**
94 Avenue C
Williston, VT 05495

**WARREN PUMPS LLC,**
The Corporation Trust Company
1209 North Orange Street
Wilmington, DE 19801

**YORK INTERNATIONAL CORPORATION,**
CT Corporation
28 Liberty Street
New York, NY 10005

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
-------------------------------------------------------------------------X
ARNOLD PRITT and RUTH ANN PRITT,

                                Plaintiffs,

                   -against-

AERCO INTERNATIONAL, INC.,
ALFA LAVAL, INC.,
ARMSTRONG INTERNATIONAL, INC.,
ATWOOD & MORRILL COMPANY,
AURORA PUMP COMPANY,
BMCE INC.,
   f/k/a UNITED CENTRIFUGAL PUMP,
BORG-WARNER MORSE TEC LLC,
BRIGGS & STRATTON CORP.,
BW/IP INC., AND ITS WHOLLY OWNED SUBSIDIARIES,
  BYRON JACKSON PUMPS,
CARRIER CORPORATION,
DAP, INC.,
EATON CORPORATION, as successor in interest to
   CUTLER-HAMMER, INC.,
ELECTROLUX HOME PRODUCTS, INC.,
  individually, and as successor to Tappan and Copes-Vulcan,
FLOWSERVE US, INC.,
  solely as Successor to Rockwell Manufacturing Company,
  Edward Valve, Inc., Durco Pumps, Durametallic, and Nordstrom
Valves, Inc.
FMC CORPORATION,  individually,
  and as successor to CHICAGO PUMP COMPANY,
  NORTHERN PUMP COMPANY,
  and PEERLESS PUMP COMPANY,
FORT KENT HOLDINGS, INC.,
  f/k/a DUNHAM-BUSH, INC.,
GARDNER DENVER, INC.,
GOOD YEAR CANADA, INC.,
GOODYEAR TIRE & RUBBER COMPANY (THE),
GOULD ELECTRONICS, INC.,
GOULDS PUMPS, INC.,
GRINNELL LLC,
HONEYWELL INTERNATIONAL, INC.,
   f/k/a ALLIED SIGNAL, INC. / BENDIX,
IMO INDUSTRIES, INC.,
INGERSOLL-RAND COMPANY,
ITT CORPORATION, individually,
  and as successor in interest to BELL & GOSSETT, and as
  successor in interest to HOFFMAN SPECIALTY,
JOHN CRANE, INC.,

Index No.:

Date Filed:
October 8, 2019

Plaintiff Designates
**NEW YORK**
County as the Place of
Trial

The Basis of Venue is
Plaintiff's Place of
Exposure

**VERIFIED
COMPLAINT**

KOHLER CO.,
LAMONS GASKET COMPANY,
McCORD CORPORATION,
MINNESOTA MINING & MANUFACTURING COMPANY,
  a/k/a 3M COMPANY,
MUELLER STEAM SPECIALTY CO., INC.;
NASH ENGINEERING COMPANY (THE),
ROBERTSHAW CONTROLS COMPANY,
  Individually, and as successor to
  FULTON SYLPHON COMPANY,
ROCKWELL AUTOMATION, INC., as successor by
  merger to ALLEN-BRADLEY COMPANY, LLC,
SAINT GOBAIN ABRASIVES, INC., Individually and as
  Successor in Interest to CARBORUNDUM,
SCHNEIDER ELECTRIC USA, INC.,
  formerly known as SQUARE D COMPANY,
SPIRAX SARCO, INC.
  individually and as successor to SARCO COMPANY,
STRAHMAN VALVES, INC.,
TRANE U.S. INC., f/k/a AMERICAN STANDARD INC.,
UNION CARBIDE CORPORATION,
VELAN VALVE CORPORATION,
WARREN PUMPS LLC.,
YORK INTERNATIONAL CORPORATION, as Successor
  in Interest to YORK CORPORATION,

                                      Defendants.
---------------------------------------------------------------------------X

To the above-named Defendant(s)

Plaintiff, ARNOLD PRITT and RUTH ANN PRITT, by their attorneys, MEIROWITZ & WASSERBERG, LLP, for their **verified complaint** respectfully allege:

1.      Plaintiff, ARNOLD PRITT was diagnosed with Mesothelioma.

2.      Defendant AERCO INTERNATIONAL, INC., was and still is a duly organized corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York.

3.      Defendant ALFA LAVAL, INC., was and still is a duly organized corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York.

4.	Defendant ARMSTRONG INTERNATIONAL, INC., was and still is a duly organized corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York.

5.	Defendant ATWOOD & MORRILL COMPANY, was and still is a corporation doing business and/or transacting business in the State of New York and should have expected its acts to have consequences within the State of New York.

6.	Defendant AURORA PUMP COMPANY, was and still is a corporation doing business and/or transacting business in the State of New York and should have expected its acts to have consequences within the State of New York.

7.	Defendant BMCE INC., f/k/a UNITED CENTRIFUGAL PUMP was and still is a duly organized foreign corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York.

8.	Defendant BORG-WARNER MORSE TEC LLC, was and still is a duly organized domestic corporation doing business in the State of New York.

9.	Defendant BRIGGS & STRATTON CORP., was and still is a duly organized corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York.

10.	Defendant BW/IP., AND ITS WHOLLY OWNED SUBSIDIARY BYRON JACKSON PUMPS, was and still is a corporation doing business and/or transacting business in the State of New York and should have expected its acts to have consequences within the State of New York.

11. Defendant CARRIER CORPORATION, was and still is a corporation doing business and/or transacting business in the State of New York and should have expected its acts to have consequences within the State of New York.

12. Defendant DAP INC., was and still is a corporation doing business and/or transacting business in the State of New York and should have expected its acts to have consequences within the State of New York.

13. Defendant EATON CORPORATION, as successor in interest to CUTLER-HAMMER, INC., was and still is a duly organized corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York.

14. Defendant ELECTROLUX HOME PRODUCTS, INC., individually, and as successor to Tappan and Copes-Vulcan, was and still is a duly organized corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York.

15. Defendant FLOWSERVE US, INC., solely as Successor to Rockwell Manufacturing Company, Edward Valve, Inc., Durco Pumps, Durametallic, and Nordstrom Valves, Inc., was and still is a corporation doing business and/or transacting business in the State of New York and should have expected its acts to have consequences within the State of New York.

16. Defendant FMC CORPORATION, individually, and as successor to CHICAGO PUMP COMPANY, NORTHERN PUMP COMPANY, and PEERLESS PUMP COMPANY, was and still is a corporation doing business and/or transacting business in the State of New York and should have expected its acts to have consequences within the State of New York.

17. Defendant FORT KENT HOLDINGS, INC., f/k/a DUNHAM-BUSH INC., was and still is a duly organized corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York.

18. Defendant GARDNER DENVER, INC., was and still is a corporation doing business and/or transacting business in the State of New York and should have expected its acts to have consequences within the State of New York.

19. Defendant GOODYEAR CANADA, INC., was and still is a corporation doing business and/or transacting business in the State of New York and should have expected its acts to have consequences within the State of New York.

20. Defendant GOODYEAR TIRE & RUBBER COMPANY (THE), was and still is a corporation doing business and/or transacting business in the State of New York and should have expected its acts to have consequences within the State of New York.

21. Defendant GOULDS ELECTRONICS, INC., was and still is a corporation doing business and/or transacting business in the State of New York and should have expected its acts to have consequences within the State of New York.

22. Defendant GOULDS PUMPS, INC., was and still is a corporation doing business and/or transacting business in the State of New York and should have expected its acts to have consequences within the State of New York.

23. Defendant GRINNELL LLC, was and still is a corporation doing business and/or transacting business in the State of New York and should have expected its acts to have consequences within the State of New York.

24. Defendant HONEYWELL INTERNATIONAL, INC., f/k/a ALLIED SIGNAL, INC. / BENDIX, was and still is a corporation doing business and/or transacting business in the State of New York and should have expected its acts to have consequences within the State of New York.

25. Defendant IMO INDUSTRIES, INC., was and still is a corporation doing business and/or transacting business in the State of New York and should have expected its acts to have consequences within the State of New York.

26. Defendant INGERSOLL RAND COMPANY, was and still is a duly organized corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York.

27. Defendant ITT CORPORATION, individually, and as successor in interest to BELL & GOSSETT, and as successor in interest to HOFFMAN SPECIALTY, was and still is a duly organized foreign corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York.

28. Defendant JOHN CRANE, INC., was and still is a corporation doing business and/or transacting business in the State of New York and should have expected its acts to have consequences within the State of New York.

29. Defendant KOHLER CO., was and still is a corporation doing business and/or transacting business in the State of New York and should have expected its acts to have consequences within the State of New York.

30. Defendant LAMONS GASKET COMPANY, was and still is a corporation doing business and/or transacting business in the State of New York and should have expected its acts to have consequences within the State of New York.

31. Defendant McCORD CORPORATION, was and still is a corporation doing business and/or transacting business in the State of New York and should have expected its acts to have consequences within the State of New York.

32. Defendant MINNESOTA MINING & MANUFACTURING COMPANY, a/k/a 3M COMPANY, was and still is a duly organized corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York.

33. Defendant MUELLER STEAM SPECIALTIES, INC., was and still is a corporation doing business and/or transacting business in the State of New York and should have expected its acts to have consequences within the State of New York.

34. Defendant NASH ENGINEERING COMPANY (THE), was and still is a duly organized corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York.

35. Defendant ROBERTSHAW CONTROLS COMPANY, Individually and as Successor to FULTON SYLPHON COMPANY, was and still is a duly organized foreign corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York.

36. Defendant ROCKWELL AUTOMATION, INC., as successor by merger to ALLENBRADLEY COMPANY, LLC, was and still is a corporation doing business and/or

transacting business in the State of New York and should have expected its acts to have consequences within the State of New York.

37. Defendant SAINT GOBAIN ABRASIVES, INC., Individually and as Successor in Interest to CARBORUNDUM, was and still is a corporation doing business and/or transacting business in the State of New York and should have expected its acts to have consequences within the State of New York.

38. Defendant SCHNEIDER ELECTRIC USA, INC., formerly known as SQUARE D COMPANY, was and still is a corporation doing business and/or transacting business in the State of New York and should have expected its acts to have consequences within the State of New York.

39. Defendant SPIRAX SARCO, INC. individually and as successor to SARCO COMPANY, was and still is a corporation doing business and/or transacting business in the State of New York and should have expected its acts to have consequences within the State of New York.

40. Defendant STRAHMAN VALVES, INC., was and still is a corporation doing business and/or transacting business in the State of New York and should have expected its acts to have consequences within the State of New York.

41. Defendant TRANE U.S. INC., f/k/a AMERICAN STANDARD, INC., was and still is a duly organized domestic corporation doing business in the State of New York.

42. Defendant UNION CARBIDE CORPORATION, was and still is a corporation doing business and/or transacting business in the State of New York and should have expected its acts to have consequences within the State of New York.

43. Defendant VELAN VALVE CORPORATION, was and still is a duly organized corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York.

44. Defendant WARREN PUMPS LLC, was and still is a corporation doing business and/or transacting business in the State of New York and should have expected its acts to have consequences within the State of New York.

45. Defendant YORK INTERNATIONAL CORPORATION, as Successor in Interest to YORK CORPORATION, was and still is a corporation doing business and/or transacting business in the State of New York and should have expected its acts to have consequences within the State of New York.

46. Plaintiff's counsel requested Social Security Records from the Social Security Administration on **October 1, 2019.**

47. Plaintiff's counsel uploaded a Social Security Authorization to RecordTrak on **October 7, 2019.**

Plaintiff, ARNOLD PRITT and RUTH ANN PRITT, repeats and realleges NYCAL - MEIROWITZ & WASSERBERG, LLP's STANDARD ASBESTOS COMPLAINT FOR PERSONAL INJURY No. 1 as if fully incorporated herein as it pertains to the defendants in the aforementioned caption.

Dated: *October 8, 2019*
        New York, New York

                                    MEIROWITZ & WASSERBERG, LLP

                                    /S/    *Daniel Wasserberg*
                                           Daniel Wasserberg
                                           535 Fifth Ave, 23rd Floor
                                           New York, New York 10017
                                           (212) 897-1988

STATE OF NEW YORK )
                              SS:
COUNTY OF NEW YORK )

      The undersigned, an attorney admitted to practice in the Courts of New York State, shows:

      Deponent is an Attorney of the law firm MEIROWITZ & WASSERBERG, LLP, Counsel for the plaintiff(s) in the within action; deponent has read the foregoing **summons and verified complaint** and knows the contents thereof; the same is true to deponent's own knowledge, except as to the matters therein stated to be alleged on information and belief, and that as to those matters deponent believes it to be true. This verification is made by deponent and not by plaintiff(s) because plaintiff(s) resides outside of the County of New York where plaintiffs' counsel and deponent maintain their office.

Dated: October 8, 2019
       New York, New York

                                                     /S/ *Daniel Wasserberg*
                                                 DANIEL WASSERBERG

Index No.:

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
================================================================================
ARNOLD PRITT and RUTH ANN PRITT,

                           Plaintiffs,

       -against-

AERCO INTERNATIONAL, INC., et. al.,

                           Defendants.
================================================================================

**SUMMONS and COMPLAINT**

================================================================================

**MEIROWITZ & WASSERBERG, LLP**
Attorneys for PLAINTIFFS
**535 Fifth Ave, 23rd Floor**
**New York, NY  10017**
**212-897-1988**
================================================================================
To
Attorney(s) for
================================================================================
Service of a copy of the within
is hereby admitted.
Dated, October 8, 2019

…………………………………………………………………………………………………………
**Attorney(s) for ARNOLD PRITT  and RUTH ANN PRITT**
================================================================================

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
---------------------------------------------------------------------------X
ARNOLD PRITT and RUTH ANN PRITT,

          Plaintiffs,

       -against-

AERCO INTERNATIONAL, INC.,
ALFA LAVAL, INC.,
ARMSTRONG INTERNATIONAL, INC.,
ATWOOD & MORRILL COMPANY,
AURORA PUMP COMPANY,
BMCE INC.,
 f/k/a UNITED CENTRIFUGAL PUMP,
BORG-WARNER MORSE TEC LLC,
BRIGGS & STRATTON CORP.,
BW/IP INC., AND ITS WHOLLY OWNED SUBSIDIARIES,
 BYRON JACKSON PUMPS,
CARRIER CORPORATION,
DAP, INC.,
EATON CORPORATION, as successor in interest to
 CUTLER-HAMMER, INC.,
ELECTROLUX HOME PRODUCTS, INC.,
 individually, and as successor to Tappan and Copes-Vulcan,
FLOWSERVE US, INC.,
 solely as Successor to Rockwell Manufacturing Company,
 Edward Valve, Inc., Durco Pumps, Durametallic, and Nordstrom
Valves, Inc.
FMC CORPORATION, individually,
 and as successor to CHICAGO PUMP COMPANY,
 NORTHERN PUMP COMPANY,
 and PEERLESS PUMP COMPANY,
FORT KENT HOLDINGS, INC.,
 f/k/a DUNHAM-BUSH, INC.,
GARDNER DENVER, INC.,
GOOD YEAR CANADA, INC.,
GOODYEAR TIRE & RUBBER COMPANY (THE),
GOULD ELECTRONICS, INC.,
GOULDS PUMPS, INC.,
GRINNELL LLC,
HONEYWELL INTERNATIONAL, INC.,
 f/k/a ALLIED SIGNAL, INC. / BENDIX,
IMO INDUSTRIES, INC.,
INGERSOLL-RAND COMPANY,
ITT CORPORATION, individually,
 and as successor in interest to BELL & GOSSETT, and as
 successor in interest to HOFFMAN SPECIALTY,
JOHN CRANE, INC.,
KOHLER CO.,
LAMONS GASKET COMPANY,
McCORD CORPORATION,
MINNESOTA MINING & MANUFACTURING COMPANY,

Index No.:

Date Filed: 10/8/2019

**FULL CAPTION RIDER**

  a/k/a 3M COMPANY,
MUELLER STEAM SPECIALTY CO., INC.;
NASH ENGINEERING COMPANY (THE),
ROBERTSHAW CONTROLS COMPANY,
 Individually, and as successor to
 FULTON SYLPHON COMPANY,
ROCKWELL AUTOMATION, INC., as successor by
 merger to ALLEN-BRADLEY COMPANY, LLC,
SAINT GOBAIN ABRASIVES, INC., Individually and as
 Successor in Interest to CARBORUNDUM,
SCHNEIDER ELECTRIC USA, INC.,
 formerly known as SQUARE D COMPANY,
SPIRAX SARCO, INC.
 individually and as successor to SARCO COMPANY,
STRAHMAN VALVES, INC.,
TRANE U.S. INC., f/k/a AMERICAN STANDARD INC.,
UNION CARBIDE CORPORATION,
VELAN VALVE CORPORATION,
WARREN PUMPS LLC.,
YORK INTERNATIONAL CORPORATION, as Successor
 in Interest to YORK CORPORATION,

-----------------------------------------------------------------------------X