# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ARNOLD PRITT and RUTH ANN PRITT, | : |
| Plaintiffs, | : CIVIL ACTION NO. 19-10651 |
| vs. | : |
| AIR & LIQUID SYSTEMS CORPORATION, as successor-by-merger to BUFFALO PUMPS, INC., CBS CORPORATION, f/k/a VIACOM INC., successor by merger to CBS CORPORATION, CBS CORPORATION, f/k/a WESTINGHOUSE ELECTRIC CORPORATION, CRANE CO., FOSTER WHEELER LLC, GENERAL ELECTRIC COMPANY, | : CERTIFICATION OF SERVICE |
| Defendants. | : |

I, Afigo Fadahunsi, hereby certify that on November 18, 2019, that Defendant, CBS Corporation's Notice of Removal Notice of Removal, Notice of Notice of Removal to State Court, Notice of Notice of Removal to Adversary were served on Counsel for the Plaintiff via Federal Express at:

Daniel Wasserberg, Esq.
Meirowtiz & Wasserberg, LLP
535 Fifth Avenue
23rd Floor
New York, New York 10017

and All Known Defense Counsel via email and/or regular mail.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: Newark, New Jersey
November 18, 2019

**TANENBAUM KEALE LLP**

/S/ Afigo I. Okpewho-Fadahunsi
Afigo I. Okpewho-Fadahunsi
100 Mulberry Street
Three Gateway Center, Suite 1301
Newark, New Jersey 07102
(973) 242-0002 (Tel)
(973) 242-8099 (Fax)
afadahunsi@tktrial.com
*Attorneys for Defendant CBS Corporation*
