| **Case Name:** Pritt, Arnold and Ruth Ann Pritt v. Air & Liquid Systems Corporation et al. **County:** New York **State:** New York **Docket Number:** 19-190259 | |
| --- | --- |
| **Service Rider** | |
| Meirowitz & Wasserberg LLP 845 Third Avenue, 11th Floor New York, NY 10022 dw@mwinjurylaw.com | Counsel for Plaintiffs |
| John Howarth, Esq. Wilbraham Lawler & Buba PC 1818 Market Street, Suite 3100 Philadelphia, PA 19103 jhowarth@wlbdeflaw.com | Counsel for Air & Liquid Systems Corp |
| Kirsten Alford Kneis, Esq. K&L Gates LLP 599 Lexington Avenue New York, NY 10022 kirsten.kneis@klgates.com | Counsel for Crane Co. |