**TANENBAUM KEALE LLP**
Three Gateway Center
100 Mulberry Street, Suite 1301
Newark, New Jersey 07102
Tel: (973) 242-0002
Attorneys for Defendant, CBS Corporation

| | |
|---|---|
| ARNOLD PRITT and RUTH ANN PRITT, | : SUPREME COURT OF NEW YORK |
| | : NEW YORK COUNTY |
| Plaintiffs, | : |
| | : INDEX NO.: 190259/2019 |
| vs. | : |
| | : |
| AIR & LIQUID SYSTEMS CORPORATION, as | : **NOTICE OF NOTICE OF REMOVAL** |
| successor-by-merger to BUFFALO PUMPS, INC., | : **TO STATE COURT** |
| CBS CORPORATION, f/k/a VIACOM INC., | : |
| successor by merger to CBS CORPORATION, | : |
| CBS CORPORATION, f/k/a WESTINGHOUSE | : |
| ELECTRIC CORPORATION, CRANE CO., | : |
| FOSTER WHEELER LLC, GENERAL | : |
| ELECTRIC COMPANY, | : |
| Defendants. | |

**TO: THE HONORABLE JUDGE OF THE SUPREME COURT:**

Please take notice that Defendant, CBS Corporation has filed a Notice of Removal of the above-entitled action from the Supreme Court of the State of New York, New York County, to the United States District Court for the Southern District of New York, (a copy of which Notice [without exhibits] is attached as Exhibit "A") was duly filed in the United States District Court for the Southern District of New York, on the 18th day of November, 2019.

Defendant, CBS Corporation, upon filing of Defendant's Notice of Removal and a copy of the Notice with the Clerk of the State Court, has effected this removal in accordance with 28 U.S.C. § 1446(d).  This Court is respectfully requested to proceed no further in this action, unless and until such time as the action may be remanded by order of the United States District Court.

Dated: Newark, New Jersey
      November 18, 2019

**TANENBAUM KEALE LLP**

<u>/S/ Afigo I. Okpewho-Fadahunsi</u>
Afigo I. Okpewho-Fadahunsi
100 Mulberry Street
Three Gateway Center, Suite 1301
Newark, New Jersey 07102
(973) 242-0002 (Tel)
(973) 242-8099 (Fax)
afadahunsi@tktrial.com
*Attorneys for Defendant CBS Corporation*

cc:    All Known Counsel