**TANENBAUM KEALE LLP**
Three Gateway Center
100 Mulberry Street, Suite 1301
Newark, New Jersey 07102
Tel: (973) 242-0002
Attorneys for Defendant, CBS Corporation

| | |
|---|---|
| ARNOLD PRITT and RUTH ANN PRITT, | : SUPREME COURT OF NEW YORK |
| | : NEW YORK COUNTY |
| Plaintiffs, | : |
| | : INDEX NO.: 190259/2019 |
| vs. | : |
| | : |
| AIR & LIQUID SYSTEMS CORPORATION, as successor-by-merger to BUFFALO PUMPS, INC., CBS CORPORATION, f/k/a VIACOM INC., successor by merger to CBS CORPORATION, CBS CORPORATION, f/k/a WESTINGHOUSE ELECTRIC CORPORATION, CRANE CO., FOSTER WHEELER LLC, GENERAL ELECTRIC COMPANY, | : **NOTICE OF NOTICE OF REMOVAL TO ADVERSE PARTY** |
| Defendants. | : |

**TO:    PLAINTIFF, through his attorney of record, Meirowitz & Wasserberg, LLP,**

Please take notice that the above captioned civil action was removed from the Supreme Court of the State of New York, County of New York to the United States District Court for the Southern District of New York (a copy of which is attached hereto) on November 18, 2019.

Dated:   November 18, 2019

                                              **TANENBAUM KEALE LLP**

                                      /S/ Afigo I. Okpewho-Fadahunsi
                                      Afigo I. Okpewho-Fadahunsi
                                      100 Mulberry Street
                                      Three Gateway Center, Suite 1301
                                      Newark, New Jersey 07102
                                      (973) 242-0002 (Tel)
                                      (973) 242-8099 (Fax)
                                      afadahunsi@tktrial.com
                                      *Attorneys for Defendant CBS Corporation*