S

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ARNOLD PRITT and RUTH ANN PRITT,<br><br>      Plaintiffs,<br><br>   -against-<br><br>AIR & LIQUID SYSTEMS CORPORATION, as successor by merger to BUFFALO PUMPS, INC., *et al.*,<br><br>      Defendants. | 19 Civ. 10651 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

  The Court is in receipt of pre-motion letters submitted by Defendants General Electric (Dkt. #97) and ViacomCBS (Dkt. #98). The Court sets the following briefing schedule for Defendants' anticipated motions for summary judgment, as proposed by the parties: Defendants' motions shall be filed on or before **March 29, 2021**; Plaintiffs' opposition papers shall be filed on or before **April 19, 2021**; and Defendants' replies shall be filed on or before **May 10, 2021**.

  SO ORDERED.

Dated:  March 8, 2021
      New York, New York

                     _____
                     KATHERINE POLK FAILLA
                     United States District Judge