**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| **ARNOLD PRITT AND RUTH ANN PRITT,**<br>**Plaintiffs,**<br>**vs.**<br>**AIR& LIQUID SYSTEMS CORPORATION, as successor by merger to BUFFALO PUMPS, INC., et al.,**<br>**Defendants.** | : : : : : : : : : : : : : | **Civil Action No.: 1:19-cv-10651**<br><br>**CERTIFICATION OF DENNIS E. VEGA IN SUPPORT OF VIACOMCBS INC. AND GENERAL ELECTRIC COMPANY'S MOTION FOR SUMMARY JUDGMENT** |

DENNIS E. VEGA, hereby certifies and says:

1. I am a partner of the law firm Tanenbaum Keale LLP, attorneys for Defendant ViacomCBS Inc. I make this Certification upon personal knowledge in support of ViacomCBS Inc. and General Electric Company's Motions for Summary Judgment.

2. Attached hereto as Exhibit 1 is a true copy of Plaintiffs' Initial Complaint, Index Number 190259-19, dated October 10, 2019.

3. Attached hereto as Exhibit 2 is a true copy of Plaintiffs' Initial Complaint, Index Number 190258-19 dated October 10, 2019.

4. Attached hereto as Exhibit 3 is a true copy of Plaintiffs' Amended Complaint dated July 24, 2020.

5. Attached hereto as Exhibit 4 is a true copy of Plaintiffs' Proof of Claim Forms to Bankruptcy Trusts.

6. Attached hereto as Exhibit 5 is a true copy of ViacomCBS's (Westinghouse) Notice of Removal dated November 18, 2019.

7. Attached hereto as Exhibit 6 is a true copy of General Electric Company's Notice of Joinder in Westinghouse's Removal, dated November 26, 2019.

8. Attached hereto as Exhibit 7 is a true copy of the Deposition of Arnold Pritt, Vol. 1, dated Nov. 19, 2019.

9. Attached hereto as Exhibit 8 is a true copy of the Deposition of Arnold Pritt, Vol. 2, dated Nov. 20, 2019.

10. Attached hereto as Exhibit 9 is a true copy of the Deposition of Arnold Pritt, Vol. 3, dated Nov. 21, 2019.

11. Attached hereto as Exhibit 10 is a true copy of Plaintiffs' Responses to Defendants' Fourth Amended Standard Set of Interrogatories, dated October 28, 2019.

12. Attached hereto as Exhibit 11 is a true copy of the NYS Dept. of State Division of Corporations – ViacomCBS Inc Entity Information.

13. Attached hereto as Exhibit 12 is a true copy of the NYS Dept of State Division of Corporation – General Electric Company Entity Information.

14. Attached hereto as Exhibit 13 is a true copy of the Deposition of Captain Francis J. Burger ("Burger Depo."), Vol. I, dated January 19, 2021.

15. Attached hereto as Exhibit 14 is a true copy of the Deposition of Captain Francis J. Burger, Vol. II, dated January 26, 2021.

16. Attached hereto as Exhibit 15 is a true copy of the Report of Inspection of Vessel in Commission, U.S.S. Purdy, dated August 19, 1947 (Exhibit 12 to Burger Depo.).

17. Attached hereto as Exhibit 16 is a true copy of the Report of Roy C. Belanger, dated November 12, 2020.

18. Attached hereto as Exhibit 17 is a true copy of Report of Material Inspection of *USS Purdy*, dated August 29, 1947.

19. Attached hereto as Exhibit 18 is a true copy of Report of Material Inspection of *USS Purdy*, dated July 14, 1954.

20. Attached hereto as Exhibit 19 is a true copy of the Report of Joselyn C. Senter, dated November 17, 2016.

21. Attached hereto as Exhibit 20 is a true copy of the Deposition of Candace Tsai, Volume I, dated January 7, 2021.

22. Attached hereto as Exhibit 21 is a true copy of the Deposition of Candace Tsai, Volume I, dated January 28, 2021.

23. Attached hereto as Exhibit 22 is a true copy of the Report of Mark Cook, dated July 14, 2020.

24. Attached hereto as Exhibit 23 is a true copy of the Report of Dennis Ertel, dated November 20, 2020.

25. Attached hereto as Exhibit 24 is a true copy of the Affidavit of Rear Admiral John B. Padgett, III (U.S.N., Ret.), dated October 22, 2020.

26. Attached hereto as Exhibit 25 is a true copy of the Report of Samuel Foreman, dated November 11, 2020.

27. Attached hereto as Exhibit 26 is a true copy of the U.S. Naval Bulletin "Instructions to Naval Officers" dated 1922.

28. Attached hereto as Exhibit 27 is a true copy of the Occupational Safety and Health Standards, Federal Register, Vol. 36, No. 157 (Aug. 13, 1971).

29. Attached hereto as Exhibit 28 is a true copy of Occupational Safety and Health, General Industry Standards and Interpretations, Vol. I (Oct. 1972), at 1910.93a

30. Attached hereto as Exhibit 29 is a true copy of the Annual Report of the Surgeon General, U.S. Navy, Chief of the Bureau of Medicine and Surgery to the Secretary of the Navy Concerning Statistics of Diseases and Injuries in the United States Navy for the Calendar Year 1939 (1941).

31. Attached hereto as Exhibit 30 is a true copy of the Annual Report of the Surgeon General, U.S. Navy, Chief of the Bureau of Medicine and Surgery to the Secretary of the Navy Concerning Statistics of Diseases and Injuries in the United States Navy for the Calendar Year 1941 (1944).

32. Attached hereto as Exhibit 31 is a true copy of Brown, Industrial Hygiene and the Navy in National Defense, 1 War Medicine 3 (1941).

33. Attached hereto as Exhibit 32 is a true copy of Drinker, *et al.*, Industrial Health Survey of the Bath Iron Works Corporation, September 22, 1942.

34. Attached hereto as Exhibit 33 is a true copy of Letter of Philip Drinker to J. Newell, Bath Iron Works, dated November 10, 1942.

35. Attached hereto as Exhibit 34 is a true copy of Stenographer's Minutes, U.S. Maritime Commission, Meeting in Regard to Minimum Requirements for Industrial Health and Safety in Shipyards.

36. Attached hereto as Exhibit 35 is a true copy of *U.S. Navy Dep't. and U.S. Maritime Comm'n, Minimum Requirements for Safety and Industrial Health in Contract Shipyards* (1943).

37. Attached hereto as Exhibit 36 is a true copy of *Program for Shipyard Safety Throughout Nation is Proposed, Navy and Maritime Board Officials Plan Joint Group to Fix Standards of Health, Hygiene -- Meeting Tomorrow*, N.Y. Times, Dec. 6, 1942.

38. Attached hereto as Exhibit 37 is a true copy of *Accidents Decrease in Our Shipyards -- Effectiveness of the Safety Programs Clearly Shown*, N.Y. Times, June 13, 1943.

39. Attached hereto as Exhibit 38 is a true copy of Drinker, Philip, *The Health and Safety Program of the U.S. Maritime Commission and the U.S. Navy in Contract Shipyards*, 121 Journal of Am. Med. Ass'n 822-23 (1943).

40. Attached hereto as Exhibit 39 is a true copy of *Industrial Medicine: The Science, Law and Economics of Industrial Health*, 4 Indus. Hygiene Section of Ind. Med. 259-263 (1943).

41. Attached hereto as Exhibit 40 is a true copy of Am. Indus. Hygiene Ass'n, Membership Booklet (1948-72) (selected excerpts).

42. Attached hereto as Exhibit 41 is a true copy of Industrial Health Resurvey of the Bath Iron Works Corporation, September 20-25, 1944.

43. Attached hereto as Exhibit 42 is a true copy of Letter of Philip Drinker to Capt. Thomas J. Carter, dated January 31, 1945.

44. Attached hereto as Exhibit 43 is a true copy of Report on Investigation of Asbestos from Amosite Pipe Covering at Bath Iron Works, December 19, 1944.

45. Attached hereto as Exhibit 44 is a true copy of "The Fleischer-Drinker Study" – *A Health Survey of Pipe Covering Operations in Constructing Naval Vessels*, 28 Journal of Industrial Hygiene and Toxicology 9 (1946).

46. Attached hereto as Exhibit 45 is a true copy of Drinker, Philip, et al., *A Health Survey of Pipe Covering Operations in Constructing Navy Vessels* (unpublished version).

47. Attached hereto as Exhibit 46 is a true copy of Dorsett D. Smith, *The Health Effects of Asbestos: An Evidence-Based Approach*, pp. 334-35 (CRC Press 2016).

48. Attached hereto as Exhibit 47 is a true copy of Irving J. Selikoff, *et al.*, "Asbestos Disease in United States Shipyards," *Annals New York Academy of Sciences* (1979).

49. Attached hereto as Exhibit 48 is a true copy of the Safety Review, Vol. 4, No. 7, July 1947.

50. Attached hereto as Exhibit 49 is a true copy of the Safety Review, Vol. 4, No. 1, January 1947.

51. Attached hereto as Exhibit 50 is a true copy of *U.S. Navy Manual of Safety Equipment,* NAVEXOS P-422.

52. Attached hereto as Exhibit 51 is a true copy of N. Irving Sax, Handbook of Dangerous Materials 34 (1951).

53. Attached hereto as Exhibit 52 is a true copy of the Walsh-Healey Public Contracts Act, III.B.1 (1952).

54. Attached hereto as Exhibit 53 is a true copy of the BUMED Instruction from Chief of Bureau of Medicine and Surgery to All Ships and Stations, dated November 7, 1955.

55. Attached hereto as Exhibit 54 is a true copy of Deposition of Leo Romer, dated July 21, 1993, taken in the case of *Bernice Tuck v. Owens Corning Fiberglass Corporation, et al.*, In The District Court of the Sixth Judicial District of the State of Idaho, Bannock County, Case No. 41528.

56. Attached hereto as Exhibit 55 is a true copy of a List of National Safety Council publications with General Electric Co. authors (1912-1968). Full copies of each cited publication are available upon request.

57. Attached hereto as Exhibit 56 is a true copy of a Collection of National Safety Council publications authored by Navy personnel (1947-1977). Full copies of each cited publication are available upon request.

58. Attached hereto as Exhibit 57 is a true copy of a List of U.S. Navy National Safety Council Committee members and participants (1947-1979).

59. Attached hereto as Exhibit 58 is a true copy of National Safety Council, *Accident Prevention Manual for Industrial Operations* (2d ed. 1951) (selected excerpts).

60. Attached hereto as Exhibit 59 is a true copy of National Safety Council, *Report of the Industrial Manual Committee* (1947-1950).

61. Attached hereto as Exhibit 60 is a true copy of National Safety Council Manual, "The Safety Man's Resources."

62. Attached hereto as Exhibit 61 is a true copy of U.S. Dep't Navy, *United States Navy Safety Precautions*, OPNAV 34P1 III (1953).

63. Attached hereto as Exhibit 62 is a true copy of National Safety Council, *Accident Prevention Manual for Industrial Operations* (4th ed. 1959) (selected excerpts).

64. Attached hereto as Exhibit 63 is a true copy of the Minutes from the Pipe and Copper Shop Master Mechanics' Conference, Boston Naval Shipyard, May 8-10, 1957.

65. Attached hereto as Exhibit 64 is a true copy of Dep't of the Navy, NAVORD Instruction 5100.21, *Safety Handbook for Pipefitters* 12 (Jan. 7, 1958).

66. Attached hereto as Exhibit 65 is a true copy of SECNAV Instruction 6260.2, Uniform Labeling Program for Hazardous Industrial Chemicals and Materials (Sept. 24, 1956).

67. Attached hereto as Exhibit 66 is a true copy of Occupational Health Hazards, Release No. 22, Chief, Bureau of Medicine and Surgery (Jan. 15, 1960).

68. Attached hereto as Exhibit 67 is Military Specification - Identification Plates, Information Plates and Marking Information for Identification of Electrical, Electronic and Mechanical Equipment (MIL-I-15024), § 3.4.1.

69. Attached hereto as Exhibit 68 is a true copy of the Affidavit of Paul A. Banaszewski, dated March 26, 2021.

70. Attached hereto as Exhibit 69 is a true copy of Navy Dep't, General Specifications for Machinery, Subsection S39-1. - Heat Insulation and Lagging for Piping and Machinery (Feb. 1, 1939).

71. Attached hereto as Exhibit 70 is a true copy of MIL-I-0016411C, Military Specification, Insulation Felt, Thermal, Glass Fiber (Apr. 1, 1965).

72. Attached hereto as Exhibit 71 is a true copy of MIL-I-2818A, Military Specification, Insulation Blanket, Thermal, Fibrous Mineral (May 25, 1960).

73. Attached hereto as Exhibit 72 is a true copy of MIL-C-20079C, Military Specification, Cloth, Glass; Tape, Textile, Glass; and Thread, Glass (Sept. 25, 1958).

74. Attached hereto as Exhibit 73 is a true copy of MIL-T-17600(SHIPS) Turbine, Steam, Propulsion.

75. Attached hereto as Exhibit 74 is a true copy of MIL-T-17523A(SHIPS) Turbine, Steam, General Auxiliary.

I hereby certify that the above statements made by me at true to the best of my ability. I understand that if any of the above statements made by me are willfully false, I am subjection to penalty.

**DATED:** March 29, 2021 **TANENBAUM KEALE LLP**

BY: /s/_Dennis E. Vega
Dennis E. Vega
Three Gateway Center, Suite 1301
Newark, New Jersey 07102
dvega@tktrial.com
(973) 242-0002
Attorneys for Defendants ViacomCBS Inc. and General Electric Company