**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| **ARNOLD PRITT AND RUTH ANN PRITT,**<br>**Plaintiffs,**<br>**vs.**<br>**AIR& LIQUID SYSTEMS CORPORATION, as successor by merger to BUFFALO PUMPS, INC., et al.,**<br>**Defendants.** | : | **Civil Action No.: 1:19-cv-10651**<br><br>**CERTIFICATION OF DENNIS E. VEGA IN FURTHER SUPPORT OF MOTION OF GENERAL ELECTRIC TO EXCLUDE THE TESTIMONY OF CANDACE SU-JUNG TSAI, MS, ScD, CIH** |

DENNIS E. VEGA, hereby certifies and says:

1. I am a partner of the law firm Tanenbaum Keale LLP, attorneys for Defendant General Electric Company. I make this Certification upon personal knowledge in support of General Electric Company's Motion to Exclude the Testimony of Candace Su-Jung Tsai, MS, ScD, CIH.

2. Attached here to as Exhibit A is a true copy of the AIAH Guidelines.

3. Attached here to as Exhibit B is a true copy of the List of Machinery and Equipment Specific to the USS Purdy.

4. Attached hereto as Exhibit C is a true copy of the List of Identification of Equipment and Manufacturers Specific to USS Purdy.

I certify that the above statements made by me are true. I am aware that if any of the above statements made by me are willfully false, I am subject to punishment.

Dated: New York, New York
April 5, 2021

**TANENBAUM KEALE LLP**

BY: Dennis E. Vega

Dennis E. Vega
Three Gateway Center
Suite 1301
Newark, New Jersey 07102
dvega@tktrial.com
(973) 242-0002
Attorneys for Defendant,
General Electric Company