**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| **ARNOLD PRITT AND RUTH ANN PRITT,**<br>**Plaintiffs,**<br>**vs.**<br>**AIR& LIQUID SYSTEMS CORPORATION, as successor by merger to BUFFALO PUMPS, INC., et al.,**<br>**Defendants.** | : : : : : : : : : : : : : | **Civil Action No.: 1:19-cv-10651** |

**CERTIFICATION OF DENNIS E. VEGA IN SUPPORT OF REPLY IN SUPPORT OF MOTION OF GENERAL ELECTRIC CO. TO EXCLUDE THE TESTIMONY OF FRANCIS J. BURGER**

Dennis Vega, of full age, hereby certifies as follows:

1. I am a partner of the law firm Tanenbaum Keale LLP, attorneys for Defendant General Electric Co. I make this Certification upon personal knowledge in support of the Reply in Support of Motion of General Electric Co. to Exclude the Testimony of Francis J. Burger.

2. Attached hereto as Exhibit M is a true and correct copy of Selected Excerpts of the Deposition of Francis J. Burger, Volumes I-II, dated January 19 and 26, 2021.

Date: Newark, New Jersey
April 5, 2021

**TANENBAUM KEALE LLP**

By: Dennis E. Vega
Dennis E. Vega
*Attorneys for Defendant*
General Electric Company
Three Gateway Center
100 Mulberry Street, Suite 1301
Newark, New Jersey 07102
dvega@tktrial.com
(973) 242-000