U.S. DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x

ARNOLD PRITT and RUTH ANN PRITT,

     Plaintiffs,

-against-

Air & Liquid Systems Corporation et al.

     Defendants.

---------------------------------------------------------x

DOCKET No. 1:19-cv-10651-KPF

STIPULATION OF DISCONTINUANCE WITH PREJUDICE AS AGAINST CBS CORPORATION,

**MEMO ENDORSED**

  **IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for the plaintiff and defendant **CBS CORPORATION** only, in the above-entitled action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of this action, the above entitled action be, and the same hereby is discontinued with prejudice as to **CBS CORPORATION** without costs to either party hereto as against the other. This Stipulation may be filed without further notice with the Clerk of the Court.

Dated: New York, New York
    October 14, 2021

_____
Daniel Wasserberg, Esq.
**Meirowitz & Wasserberg, LLP**
*Attorney for Plaintiff*
535 5th Avenue, 23rd Floor
New York, New York 10017

_____
Michael A. Tanenbaum
**Tanenbaum Keale LLP**
*Attorney for Defendant*
1085 Raymond Blvd
One Newark Center, 16th Floor
Newark, New Jersey 07102-5225

SO ORDERED.

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE